FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 AUG 25 AM 9:35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-141-CEM-DCI

18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)

FRANCISCO JAVIER AGUILAR CANALES
  a/k/a Javier Francisco Aguilar Canales

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 11, 2022, in the Middle District of Florida, the defendant,

FRANCISCO JAVIER AGUILAR CANALES
a/k/a Javier Francisco Aguilar Canales,

did willfully and knowingly use passport number 560874958, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the passport application, in that the defendant stated in said application that his name was R.A.R.A., and that he was born on xx/xx/1992, when in truth and in fact, as the defendant then and there well knew, his name was not R.A.R.A., and he was not born on xx/xx/1992.

In violation of 18 U.S.C. § 1542.

## COUNT TWO

On or about August 11, 2022, in the Middle District of Florida, and elsewhere, the defendant,

FRANCISCO JAVIER AGUILAR CANALES
a/k/a Javier Francisco Aguilar Canales,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of R.A.R.A., during and in relation to a felony violation of Use of Passport Secured Through False Statement, in violation of 18 U.S.C. § 1542, as charged in Count One of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2. Upon conviction of a violation of 18 U.S.C. § 1542, the defendant, FRANCISCO JAVIER AGUILAR CANALES a/k/a Javier Francisco Aguilar Canales, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

   a. Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

   b. Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

   c. Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

  3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

███████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Emily C. L. Chang
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

FRANCISCO JAVIER AGUILAR CANALES
a/k/a Javier Francisco Aguilar Canales

## INDICTMENT

Violations:

18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)

A true bill,

███████████████████████

Foreperson

Filed in open court this 24th day of August, 2022.

_Tiffany Palmer_
Clerk

Bail  $_____